TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-129 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| TERRY BALILES | ) | |

O R D E R

This matter is before the Court upon the motion of appointed attorney, Chris Lanier on behalf of defendant TERRY BALILES seeking authorization of investigative services to assist him in preparing the defense of the above-captioned case [Doc. 360].

Having reviewed and considered the motion filed in support thereof, it is **ORDERED** that the motion [Doc. 360] is GRANTED and:

(1) Attorney Lanier may hire an investigator to assist him in this matter, with the compensation for such expenses reasonably incurred limited at this time to $2,347.00 *and subject to review prior to payment.* See 18 U.S.C. §3006(A)(e)(3).

(2) As a reminder, before any services of the investigator are performed which would result in *total fees for the investigator in excess of $2,400.00*, permission must be obtained by certification of the United States District Judge or United States Magistrate Judge and approval by the Chief Judge of the Sixth Circuit Court of Appeals.

(3) This Order does not constitute approval of any claim for payment of investigative services already rendered or to be rendered in the future. All investigative services are subject to review and approval upon submission of a proper request for payment.

ENTER.

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE